# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | | |
|---|---|---|
| BRIAN McDILL, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 1:20-cv-00056-GHD-RP |
| C. R. BARD, INC.; and BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, | § § § § § § § § § | |
| *Defendants*. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the joint stipulation [32] of the parties to dismiss all claims asserted herein with prejudice, and noting the agreement of the Parties, finds that this matter should be dismissed with prejudice.

IT IS, therefore, hereby ORDERED that all claims asserted in this lawsuit are DISMISSED WITH PREJUDICE, with each party to bear its own costs, and this case is CLOSED.

SO ORDERED, this the 11 day of May, 2021.

_____
SENIOR U.S. DISTRICT JUDGE